UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Criminal No. 25-mj-30605

ROLAND CHATMON

    Defendant.
_____/

# MOTION AND BRIEF FOR LEAVE TO
# DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Roland Chatmon. Pursuant to Local Rule 7.1(a), counsel for defendant was contacted and concurs in this motion.

In this case, the defendant is currently facing charges for the same conduct in state court in the 6th Circuit Court in Oakland County, Michigan. Therefore, the government seeks to dismiss this pending complaint without prejudice. *See generally United States v. Lovasco*, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1). Accordingly, the government requests leave to dismiss the complaint without prejudice.

        Respectfully submitted,

        JEROME F. GORGON JR.
        United States Attorney

        *s/Diane N. Princ*
        Diane N. Princ
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        diane.princ@usdoj.gov
        (313) 226-9524

Dated: October 30, 2025

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

<u>s/Diane N. Princ</u>
Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
diane.princ@usdoj.gov
(313) 226-9524